IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hernandez, Beatriz | Case Number:  05 B 09106 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/27/08 | Filed:  3/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  May 23, 2008
Confirmed:  June 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,760.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,973.79 |
| Priority: | | 0.00 |
| Administrative: | | 1,494.00 |
| Trustee Fee: | | 292.21 |
| Other Funds: | | 0.00 |
| Totals: | 5,760.00 | 5,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,494.00 | 1,494.00 |
| 2. | Cole Taylor Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Chase Bank | Secured | 0.00 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 77.68 | 94.73 |
| 6. | Wells Fargo Financial | Unsecured | 107.15 | 130.69 |
| 7. | Marshall Field & Company | Unsecured | 157.20 | 191.79 |
| 8. | World Financial Network Nat'l | Unsecured | 22.17 | 27.02 |
| 9. | Specialized Management Consultants | Unsecured | 248.75 | 303.37 |
| 10. | RoundUp Funding LLC | Unsecured | 390.96 | 476.78 |
| 11. | Premium Asset Recovery Corp | Unsecured | 2.50 | 3.01 |
| 12. | Chase Bank | Unsecured | 81.53 | 99.43 |
| 13. | World Financial Network Nat'l | Unsecured | 81.20 | 99.06 |
| 14. | Pier 1 Imports Inc | Unsecured | 89.69 | 109.41 |
| 15. | ECast Settlement Corp | Unsecured | 777.60 | 948.19 |
| 16. | Resurgent Capital Services | Unsecured | 579.58 | 706.80 |
| 17. | ECast Settlement Corp | Unsecured | 320.31 | 390.61 |
| 18. | ECast Settlement Corp | Unsecured | 133.44 | 162.81 |
| 19. | Resurgent Capital Services | Unsecured | 180.08 | 219.63 |
| 20. | World Financial Network Nat'l | Unsecured | 8.57 | 10.46 |
| 21. | CB USA Sears | Unsecured | | No Claim Filed |
| 22. | Bank One | Unsecured | | No Claim Filed |
| 23. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 24. | Old Navy | Unsecured | | No Claim Filed |
| 25. | Gap | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hernandez, Beatriz | Case Number: 05 B 09106 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/27/08 | Filed: 3/14/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Household | Unsecured | | No Claim Filed |
| 27. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 29. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | Rx Acquisitions | Unsecured | | No Claim Filed |
| 32. | TNB Card | Unsecured | | No Claim Filed |
| 33. | Retail Services | Unsecured | | No Claim Filed |
| 34. | Sprint | Unsecured | | No Claim Filed |
| 35. | Children's Place | Unsecured | | No Claim Filed |
| 36. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 37. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 38. | Worldcom Wireless | Unsecured | | No Claim Filed |

$ 4,752.41      $ 5,467.79

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 14.85 |
| 5.5% | 92.52 |
| 5% | 21.60 |
| 4.8% | 55.42 |
| 5.4% | 107.61 |
| 6.5% | 0.21 |
| | $ 292.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

